UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Nery Antonio Lones Ramos</u>

      v.                                                    Case No. 25-cv-456-PB-TSM

<u>FCI Berlin, Warden, et al.</u>

**ORDER**

    Nery Antonio Lones Ramos filed a petition for a writ of habeas corpus on November 10, 2025, contesting his detention and requesting, <u>inter alia</u>, a bond hearing. <u>See</u> Doc. 1. On November 25, 2025, per Lones Ramos's request, I stayed this action until the district court issued class-wide relief, if any, in in <u>Guerrero Orellana v. Moniz</u>. <u>See</u> Doc. 8 (citing 2025 WL 3033769, at *14 (D. Mass. Oct. 30, 2025)). The allegations in Lones Ramos's petition suggest that he may be a member of the class certified in that case and therefore be entitled to the declaratory and injunctive relief prescribed by that court. <u>See</u> 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025).

    The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and

set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

SO ORDERED.

/s/ Paul Barbadoro<br>
Paul J. Barbadoro<br>
United States District Judge

December 22, 2025

cc:   Counsel of Record