# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Nery Antonio Lones Ramos</u>**

     v.                            Case No. 25-cv-456-PB-TSM

**<u>FCI Berlin, Warden, et al.</u>**

## <u>ORDER</u>

On February 18, 2026, I directed the government to file a status report indicating whether Nery Antonio Lones Ramos received a bond hearing as ordered. Doc. 14; <u>see</u> Doc. 13. If so, I further directed Lones Ramos to contemporaneously show cause why his petition should not be dismissed. Doc. 14. In its status report filed March 4, 2026, the government indicates that he received a bond hearing and was granted bond. Doc. 15. Lones Ramos has not responded to my order, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 5, 2026

cc:    Counsel of Record